# UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF WISCONSIN

CORTEZ R. BAILEY,

        Plaintiff,

        v.                                Case No. 26-C-378

KARLA ERDMANN,

        Defendant.

## ORDER OF DISMISSAL FOR FAILING TO UPDATE ADDRESS

Plaintiff Cortez R. Bailey is representing himself in this 42 U.S.C. § 1983 case. On July 2, 2026, the court's scheduling order was returned to the court as undeliverable with notice that Plaintiff was no longer confined at Kettle Moraine Correctional Institution. The Wisconsin Department of Corrections online inmate locator confirms that Plaintiff is no longer at the institution and has been released on extended supervision.

On July 2, 2026, the court noted that it had repeatedly warned Plaintiff that he must notify the Clerk of Court of any changes to his address and that failure to do so could affect his legal rights, including dismissal of this action. Accordingly, the court ordered Plaintiff to provide updated contact information to the court by July 23, 2026. The court warned Plaintiff that, if he failed to do so, this case would be dismissed without prejudice based on Plaintiff's failure to diligently prosecute it. Dkt. No. 13.

The deadline has passed, and Plaintiff did not update his contact information or inform the court of any challenges preventing him from doing so. Accordingly, the court will dismiss this action based on Plaintiff's failure to diligently prosecute this action. The court reminds Plaintiff

that his failure to provide current contact information does not relieve him of his obligation to monitor the court's docket and comply with the court's orders.  *See Harris v. Emanuele*, 826 F. App'x 567, 569 (7th Cir. 2020).

**IT IS THEREFORE ORDERED** that this action is **DISMISSED without prejudice** based on Plaintiff's failure to diligently prosecute it and based on his failure to comply with the court's order.  The Clerk of Court shall enter judgment accordingly.

Dated at Green Bay, Wisconsin this 24th day of July, 2026.

William C. Griesbach
United States District Judge

2