# United States District Court
### EASTERN DISTRICT OF WISCONSIN

**CORTEZ R. BAILEY,**

        **Plaintiff,**

          v.

**KARLA ERDMANN,**

        **Defendant.**

**JUDGMENT IN A CIVIL CASE**
**Case No. 26-C-378**

☐     **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict

☒     **Decision by Court.** This action came before the Court for consideration.

    **IT IS HEREBY ORDERED AND ADJUDGED** that the plaintiff takes nothing, and this action is DISMISSED without prejudice based on Plaintiff's failure to diligently prosecute it and based on his failure to comply with the court's order.

Dated:   July 24, 2026

                      LINDA M. KLEMM
                      CLERK OF COURT

                      s/ Mara VandenHeuvel
                      (By) Deputy Clerk